UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANGELA MALONE,

    Petitioner,

-vs-                                                  Case No.  6:12-cv-355-Orl-37TBS

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____/

## ORDER

This case is before the Court on Petitioner's Motion for Extension of Time (Doc. 26, filed May 28, 2013).  It is ORDERED that the motion is GRANTED.  Petitioner shall have until August 2, 2013, to comply with paragraph one of the Court's Order dated February 13, 2013 (Doc. 22).

DONE AND ORDERED in Chambers in Orlando, Florida this 31st day of May, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:
OrlP-2 5/31
Counsel of Record